IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY ALBERT APODACA,** | CIV S-08-1048 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES D. HARTLEY, et al.,** | |
| Respondents. | |

    Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before August 22, 2008.

Dated: 07/21/08                    /s/ Gregory G. Hollows
                                               UNITED STATES MAGISTRATE JUDGE

apod1048.eot

[Proposed] Order

1