IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALBERT APODACA, | CIV S-08-1048 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| JAMES D. HARTLEY, et al., | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before August 26, 2008.

Dated: 08/28/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

apod1048.eot2

[Proposed] Order

1